RECEIVED
JUN 2 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ACTIVE ZONES OF AMERICA, L.L.C. | CIVIL ACTION NO. 05-1584 |
| VERSUS | JUDGE DOHERTY |
| S D V USA, INC., ET AL | MAGISTRATE JUDGE METHVIN |

## MEMORANDUM RULING

Pending before this Court is the plaintiff's Motion for Reconsideration and to Set Aside Judgment [Doc. 35] in this matter. The motion is opposed by the defendant.

One of the defendants in this matter filed a motion to dismiss, or alternatively, to transfer, on September 21, 2005. Unfortunately, this filing came closely on the heels of two natural disasters that befell south Louisiana in that time frame, Hurricanes Katrina and Rita. Due to the devastation wrought by Hurricane Katrina, plaintiff's counsel lost his home and his office facilities. In order to provide plaintiff's counsel the time he needed to re-establish a functioning practice, this Court suspended, in September, 2005, all deadlines, including briefing deadlines, until further notice. When the plaintiff's counsel nonetheless failed to contact this Court to provide updated contact information by December, 2005, this Court issued a Minute Entry establishing a 45-day deadline within which Mr. Obioha was to contact this Court and provide information concerning his business location, whether he intended to continue representing the plaintiff in this matter, etc.

In response, Mr. Obioha did contact the Court by telephone and, as a result, this Court issued a Minute Entry dated January 3, 2006, setting forth Mr. Obioha's new contact information. Among

other things, this Court scheduled oral argument on the pending motion to dismiss for March 21, 2006. Moreover, the Minute Entry clearly and unequivocally established a deadline of March 1, 2006, for the plaintiff to provide any opposition briefing on the motion to dismiss which it might wish to file. The deadline passed, without any briefing being filed, and this Court entered an Order on March 10, 2006, granting the motion and dismissing the plaintiff's action.

Ten days later, the plaintiff filed its brief in opposition to the motion to dismiss; ten days after that, the plaintiff filed the motion that is the subject of this ruling. In its brief in support of the motion, counsel describes communications with an employee of the Clerk of Court, which this Court finds problematic: counsel argues an extension of time to file his brief, from March 1, 2006 to March 16, 2006, was granted by someone in the Clerk of Court's office. No one within the Clerk's office has or ever has had the authority to comment upon deadlines established by this Court, nor to grant extensions of such deadlines, nor has or does the Clerk's office engage in such activity. Consequently, this Court finds counsel's assertions quite disturbing and wholly unconvincing.

Nonetheless, given the chaos that reigned over parts of this state as an after-effect of Hurricanes Katrina and Rita, and in light of the confusion Mr. Obioha argues concerning the deadline, the Court will, only out of an abundance of caution, grant this one motion for reconsideration. However, Mr. Obioha is cautioned, in future, to use caution in the broad assertions he makes to this or any court, to pay particularly close attention to and to be guided only by the written instructions issued by this Court, and to fully and timely comply with all deadlines and orders of the Court.

For the foregoing reasons, the Motion for Reconsideration or to Set Aside Judgment will be GRANTED and this Court's Order of March 10, 2006 will be VACATED. The Motion to Dismiss

or, Alternatively, to Transfer filed on behalf of the defendant will be ruled upon at this Court's earliest opportunity.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 19 day of June, 2006.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE