RECEIVED

JUN 2 0 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ACTIVE ZONES OF AMERICA, L.L.C. | CIVIL ACTION NO. 05-1584 |
| VERSUS | JUDGE DOHERTY |
| S D V USA, INC., ET AL | MAGISTRATE JUDGE METHVIN |

### ORDER

Considering the foregoing Memorandum Ruling,

IT IS HEREBY ORDERED that the Motion for Reconsideration or to Set Aside Judgment [Doc. 35] shall be and is GRANTED, and this Court's Order of March 10, 2006 shall be and is VACATED.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 19 day of June, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE