RECEIVED

JUL 2 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ACTIVE ZONES OF AMERICA, L.L.C. | CIVIL ACTION NO. 05-1584 |
| VERSUS | JUDGE DOHERTY |
| SDV USA INC., ET AL | MAGISTRATE JUDGE METHVIN |

## MEMORANDUM RULING

Pending before this Court is Defendant SDV's Motion to Dismiss, or Alternatively to Transfer Action to the Southern District of Texas, and Memorandum of Law in Support Thereof [Doc. 11]. The motion is opposed by the plaintiff.

According to the Petition filed by the plaintiff in the 15th Judicial District Court for Lafayette Parish, Louisiana, the plaintiff entered into a contract with SDV (USA), Inc. on or about February 9, 2004, for the purpose of shipping trucks, propane tanks and various other related cargo. The intended destination of this shipment was Cameroon, West Africa.

In the defendant's Motion to Dismiss, defendant argues that *a contract for services*, dated February 9, 2004, contained a mandatory forum selection clause. In support of this contention, defendant includes on in its face, *a different contract*, an executed U.S. Customs Power of Attorney, dated December 22, 2003, that SDV claims was subject to the National Customs Brokers and Forwarders Association of America Terms and Conditions of Service. As noted, this executed power of attorney is dated December 22, 2003, and the referenced contract, February 9, 2004. On its face, the custom's form is a different document than the referenced contract, the contract for services.

Thus, the document provided by defendant, on its face, and by its date does not support defendant's argument and the argued contract was not provided.

Thus, defendant has filed to carry its burden of persuasion that it is entitled to the relief it seeks. Its motion is hereby DENIED.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 28 day of July, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE